AO 245D (Rev. 4/2013-MD/PA) Judgment in a Criminal Case for Revocations-Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ARTURO LUNA | |

Case No. 1:16-CR-0328-01
USM No. 96030-079

Heidi R. Freese, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | The defendant shall not commit another federal, state or local crime. | 10/31/2016 |
| | | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7394

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
New Bloomfield, Pennsylvania

12/01/2016
_____
Date of Imposition of Judgment

/S/ Christopher C. Conner
_____
Signature of Judge

CHRISTOPHER C. CONNER, CHIEF JUDGE, USDC MDPA
_____
Name and Title of Judge

12/02/2016
_____
Date

AO 245D (Rev. 4/2013-MD/PA) Judgment in a Criminal Case for Revocations-Sheet 2

Judgment — Page 2 of 2

DEFENDANT: ARTURO LUNA
CASE NUMBER: 1:16-CR-0328-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Nine (9) Months.  This sentence is to be served consecutively to the sentence imposed in Middle District of Pennsylvania Docket No. 1:13-CR-0246-04.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL